**Return of Service**

UNITED STATES DISTRICT COURT
District of Columbia

Maurice Lockett
   Plaintiff

vs.

Metropolitan Police Department, et al.
   Defendant

Case Number: 1:22-cv-02935-CJN

On behalf of:
A. Clarke Law, PLLC
163 Waterfront Street, Suite 440
National Harbor, MD 20745

Received by Cavalier to be served on DC Central Detention Facility at 1901 D. St. SE, Washington, DC 20003.

I, Rob Sisco, being duly sworn, depose and say that on November 9, 2022 at 4:01 PM I served Summons & Plaintiff's Complaint for Assault, Negligence, Malicious Prosecution, and Civil Deprivation of Rights to Lavon Sanders as Staff Assistant of DC Central Detention Facility. Service occurred at Department of Corrections - Headquarters, 2000 14th St. NW 7th Floor Washington, DC 20003.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Rob Sisco
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-103056

11/9/2022
Date